## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

ADVANCEPIERRE FOODS INC;
ADVANCEPIERRE FOODS INC
GROUP HEALTH BENEFIT PLAN;
& UMR, INC.,

CASE NO. 1:14-cv-00073-TSB

Plaintiffs,

**ORDER OF DISMISSAL**

v.

DCA OF NORWOOD LLC, d/b/a U.S.
RENAL CARE OF NORWOOD
DIALYSIS

Defendant.

---

This matter is before the Court on the Rule 41 Stipulation of Dismissal filed on March 24, 2014.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the above-entitled action be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**SO ORDERED.**

Dated: _____3/24_____, 2014         BY THE COURT:

*[signature]*

The Honorable Timothy S. Black
U.S. District Judge

10823945v1